UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:05CV-495-H
CRIMINAL ACTION NO. 3:02CR-20-H

TIMOTHY JERODE WELLS  MOVANT/DEFENDANT

V.

UNITED STATES OF AMERICA  RESPONDENT/PLAINTIFF

**MEMORANDUM AND ORDER**

The United States has moved to dismiss Defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. Defendant has requested a stay of proceedings. Defendant waived his right to appeal his sentence as part of his plea agreement. During his plea, the Court advised Defendant of the potential for a ten year sentence. The Court finds no grounds for concluding that Defendant's counsel provided less than adequate representation or that Defendant was inadequately advised of the consequences of his plea. The Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion for a stay is DENIED.

IT IS FURTHER ORDERED that Defendant's 28 U.S.C. § 2255 motion be and the same is hereby DISMISSED. This is a final order.

cc:   Timothy Jerode Wells, *Pro Se*
      U. S. Attorney